No. 466. STEVENS ET AL., DOING BUSINESS AS SLEET SHAVER MFG. CO., *v.* FEDERAL CARTRIDGE CORP., DOING BUSINESS AS TWIN CITIES ORDNANCE PLANT. Supreme Court of Minnesota. Certiorari denied. *John M. Palmer* for petitioners. *Solicitor General Perlman, Assistant*

*Attorney General Morison* and *Samuel D. Slade* for respondent.